IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | CASE NO.: CR205-37 |
| v. | |
| JOSE REYES VILLALOBOS<br>ROMAN GUERRA<br>JOSE VARGAS<br>ANGEL MORFIN<br>JOAQUIN MEJIA<br>SUZANNA CARISOSA<br>LAURA DAVENPORT<br>BRIDGETTE REYNOLDS<br>JEREMY THOMPSON<br>ALMA MARIE WILLIAMS<br>KATHERINE CRAPPS | |

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Motion to Suppress filed by Defendant Jose Vargas is **DENIED**.

**SO ORDERED**, this 3 day of April, 2007.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA